RECEIVED
NOV 05 2026
BY MAIL

FILED
NOV - 5 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
Eastern District of Missouri

Caleb Campbell
Plaintiff

vs No. 4:26-cv-01920-HEA

United States Marshall Service

FOIA COMPLAINT PURSUANT TO 5 USC § 552 (a)(4)(B)

1. On September 20, 2026 I sent a request for information pursuant to FOIA 5 U.S.C 552 to the U.S. Marshall Department located at 111 South 10th Street # 6353, St. Louis, Mo 63102 requesting the following information:

Any reports made by the department regarding my arrest on August 20, 2021.

Any body Camera footage of or relating to the Arrest of me on August 20, 2021.

If this information was handed over to the Madison County State's Attorney's Office or the Illinois State Police Department, I would

like to Know what information was disclosed ~~on~~ to the Illinois State Police and the Madison County State's Attorney's office along with the date or dates such information was disclosed.

The U.S. Marshall's Service arrested me Caleb Campbell at 5124 Rockingham Dr. Cool Valley, Mo 63121 approximately at 6:30 A.M..

2. This is not the first time I made such request. I previously made this request on March 30, 2026. On that request I mistakenly put the wrong arrest date, but they still never responded.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this complaint was placed in the prison mailing system on October 18, 2026.

Signed on: October 18, 2026
P.O. Box 1000
Menard, IL 62259

Caleb Campbell

# CERTIFICATE OF SERVICE

I certify that a copy of thes FOIA Complaint was mailed/delivered to The United States Marshall's Service on October 13, 2026

[signature]

Caleb Campbell

March 30, 2026

Caleb Campbell Y56064
12078 Illinois Route 185
Hillsboro, IL 62049

TO: US Marshall Department 111 South 10th Street # 6353, St. Louis, Mo 63102
Attention: Freedom of Information Act Officer

This is a request for information pursuant to FOIA 5 U.S.C. 552. I am requesting the following:

- Any reports made by this department regarding my arrest ~~[illegible]~~ on the date of August 4, 2021.

- Any body camera footage of or relating to the Arrest of me on August 4, 2021.

- If this information was handed over to the Madison County State's Attorney's Office or the Illinois State Police Department, I would like to Know what information was disclosed and the date or dates such information was disclosed.

The U.S. Marshall's Department arrested me Caleb Campbell at 5124 Rockingham Dr. Cool Valley, Mo 63121 on August 4, 2021 at or approximately 6:30 A.M..

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Payment

Posting Document # ______________ Date 03/30/2026

Individual in Custody Name Caleb Campbell ID# Y56064 Housing Unit 14-C-12

Pay to ______________

Address ______________

City, State, Zip ______________

The sum of ______________ dollars and ______________ cents charged to my trust fund account, for the purpose of Legal Mail U.S. Marshall Department

☑ I hereby authorize payment of postage for the attached mail.

☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Individual in Custody Signature [signature] ID# Y56064

Witness Signature [signature]

☐ Approved ☐ Not Approved Chief Administrative Officer Signature ______________

Postage applied in the amount of ______________ dollars and ¢ 74 cents.

Distribution: Business Office, Individual in Custody, Mail Room

*Printed on Recycled Paper*

DOC 0296 (Rev. 8/2021)

September 20, 2026

Caleb Campbell Y56064
12078 Illnois Route 185
Hillsboro, IL 62049

TO: US Marshall Department 111 South 10th Street # 6353, St. Louis, Mo 63102
Attention: Freedom of Information Act Officer

This is a request for information pursuant to FOIA 5 U.S.C. 552. I am requesting the following:

- Any reporting made by this department regarding my arrest on the date of August 20, 2021.

- Any body camera footage of or relating to the arrest of me on August 20, 2021.

- If this information was handed over to the Madison County State's Attorney's Office or the Illinois State Police Department, I would like to know what information was disclosed and the date or dates such information was disclosed.

The U.S. Marshall's Department arrested me Caleb Campbell at 5124

Rockingham Dr. Cool Valley, Mo 63121 on August 20, 2021 at or approximately 630 A.M.

/s/ [signature]
Caleb Campbell